UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22CR2821 W |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| JONATHAN SOSA-GARCIA, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense as charged in the Indictment:

8:1324(a)(1)(A) (ii), (v)(II) -Transportation of Certain Aliens and Aiding and Abetting

Dated: 12/19/2022

Hon. Thomas J. Whelan
United States District Judge